I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~ALL COUNSEL~ Pet~tioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _____ 8.8.13 _____

DEPUTY CLERK

**JS-6 / ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JONATHAN AVILA,

                Petitioner,

       vs.

M.D. BITER, Warden,

             Respondent.

 ) Case No. CV 12-7291-DDP (JPR)
 )
 )
 )     **J U D G M E N T**
 )
 )
 )
 )
 )
 )

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 2, 2013

_____
DEAN D. PREGERSON
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY